■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. WASHINGTON, Appellant, v PATRICK GRIFFIN, as Superintendent of Sullivan Correctional Facility, et al., Respondents. [1 NYS3d 873]—Appeal from a judgment of the Supreme Court (LaBuda, J.), entered December 9, 2013 in Sullivan County, which, among other things, denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, Rose and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of the Claim of DIANE L. MONTAGNINO, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 21, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of JOY SPINELLI, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 18, 2013, which, among other things, charged claimant with recoverable overpayments of unemployment insurance benefits upon finding that she made a willful misrepresentation to obtain benefits.

Decision affirmed. No opinion.

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.